1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

8

ELENA ISUPOV,                                    CASE NO. 1:11-cv-00950-AWI-SMS

9                    Plaintiff,

10        v.                                     ORDER GRANTING PLAINTIFF'S
                                                 MOTION TO PROCEED *IN FORMA*
11   AMERICAN RELOCATION MOVING                  *PAUPERIS*
     SPECIALIST,
12
                     Defendant.                  (Doc. 2)
13   _____/

14

15        By a motion filed June 10, 2011, Plaintiff Elena Isupov seeks to proceed *in forma*

16   *pauperis*.  Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. §

17   1915(a).

18        Accordingly, the Court GRANTS Plaintiff's motion to proceed *in forma pauperis*.

19        Notwithstanding this order, the Court does not direct that service be undertaken until the

20   Court screens the complaint in due course and issues its screening order.

21

22   IT IS SO ORDERED.

23   **Dated:    June 17, 2011**                    _____**/s/ Sandra M. Snyder**_____
                                                    UNITED STATES MAGISTRATE JUDGE
24
25
26
27
28

1