# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

ELENA ISUPOV,

              Plaintiff,

    v.

AMERICAN RELOCATION MOVING SPECIALIST,

              Defendant.

_____/

CASE NO. 1:11-cv-00950-AWI-SMS

ORDER DISMISSING CASE
WITHOUT PREJUDICE FOR
FAILURE TO PROSECUTE

(Doc. 3)

      On June 10, 2011, Plaintiff Elena Isupov filed a complaint claiming violations of Federal Motor Carrier Safety Administration regulations.  After screening Plaintiff's complaint, the Court dismissed it for failure to state a claim, with leave to amend within thirty days.  The Court's order specified that, if Plaintiff did not amend her complaint within the thirty-day period, the case would be dismissed without prejudice.

      More than thirty days having elapsed since service of the order and Plaintiff having failed to amend the complaint or take other action, the Court hereby DISMISSES this case without prejudice.

IT IS SO ORDERED.

Dated:    July 26, 2011

                                CHIEF UNITED STATES DISTRICT JUDGE

1